UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the OCTOBER 1, 2005
TARVER/JONES II Program,

JUDGMENT
06-CV- 0480 (JG)

Plaintiff,

-against-

JUANA PEREZ, Individually and as officer,
director, shareholder and/or principal of J's
Ultimate Unisex Inc. d/b/a J's Ultimate Unisex
a/k/a Jasmin Unisex, and J' ULTIMATE
UNISEX INC. d/b/a J's Ultimate Unisex a/k/a
Jasmin Unisex

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★  [illegible date]  ★

P.M. _____
TIME A.M. _____

Defendants.
-----------------------------------------------------------X

An Order of Honorable John Gleeson, United States District Judge, having been filed on March 26, 2008, adopting the Report and Recommendation of Magistrate Judge Simon M. Gold, dated March 5, 2008; and directing the Clerk of Court to enter judgment against J's Ultimate Unisex in the total amount of $4,283.75, consisting of $3,000.00 in statutory damages and $1,283.75 in fees and costs; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Simon M. Gold is adopted; and that judgment is hereby entered in favor of plaintiff, J&J Sports Productions, Inc., as Broadcast Licensee of the October 1, 2005 Tarver/Jones II Program, and against defendants, Juana Perez, Individually and as officer, director, shareholder and/or principal of J's Ultimate Unisex Inc. d/b/a J's Ultimate Unisex a/k/a Jasmin Unisex, and J's Ultimate Unisex Inc. d/b/a J's Ultimate Unisex a/k/a Jasmin Unisex, in the total amount of $4,283.75, consisting of $3,000.00 in statutory damages and $1,283.75 in fees and costs.

Dated: Brooklyn, New York
       March 28, 2008

ROBERT C. HEINEMANN
Clerk of Court

By s/Terry Vaughn
Chief Deputy